**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: GENIE SERVICES, LTD. | § | Case No. 14-35740-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 01, 2014. The undersigned trustee was appointed on October 01, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $      356,672.50

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 60,616.27 |
| Bank service fees | 2,884.22 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 293,172.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     6. The deadline for filing non-governmental claims in this case was 02/12/2015 and the deadline for filing governmental claims was 03/30/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,083.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $21,083.63, for a total compensation of $21,083.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $246.33 and now requests reimbursement for expenses of $0.00, for total expenses of $246.33.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2015          By: /s/JOHN E. GIERUM
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-35740-ABG  **Trustee:** (520171) JOHN E. GIERUM
**Case Name:** GENIE SERVICES, LTD.  **Filed (f) or Converted (c):** 10/01/14 (f)
  **§341(a) Meeting Date:** 11/07/14
**Period Ending:** 06/15/15  **Claims Bar Date:** 02/12/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account #085022 Parkway Bank & Trust 48  Imported from original petition Doc# 7 | 210,000.00 | 210,000.00 | | 213,685.77 | FA |
| 2  American Family Insurance, Madison, WI Business  Imported from original petition Doc# 7 | 0.00 | 0.00 | | 414.00 | FA |
| 3  Detailed list of accounts receivable to be provi  Imported from original petition Doc# 7 | 40,372.82 | 40,372.82 | | 45,483.16 | FA |
| 4  Employee loan- Michael Smith  Imported from original petition Doc# 7 | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 5  Miscellaneous office equipment, computer equipme  Imported from original petition Doc# 7 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Furniture and fixtures in warehouse  Imported from original petition Doc# 7 | 0.00 | 0.00 | | 0.00 | FA |
| 7  Inventory of fulfilment products [At cost and e  Imported from original petition Doc# 7 | 92,098.92 | 92,098.92 | | 86,530.57 | FA |
| 8  Insurance Refund  (u) | 0.00 | 3,059.00 | | 3,059.00 | FA |
| **8  Assets  Totals** (Excluding unknown values) | **$349,971.74** | **$353,030.74** | | **$356,672.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Collected receivables, held auction sale of assets, to review claims and retained accountant for tax work.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016     **Current Projected Date Of Final Report (TFR):**  December 31, 2016

Printed: 06/15/2015 11:10 AM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.  
**Taxpayer ID #:** **-***5633  
**Period Ending:** 06/15/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 954.76 | | 954.76 |
| 10/16/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 174.50 | | 1,129.26 |
| 10/16/14 | {3} | Aima Proprietary Loyalty U.S. Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 92.02 | | 1,221.28 |
| 10/16/14 | {3} | Award Concepts, Inc. | Acct #000210; Payment #1; A/R COLLECTION | 1121-000 | 92.91 | | 1,314.19 |
| 10/16/14 | {3} | Bells International, Inc. | Acct #002720; Payment #1; A/R COLLECTION | 1121-000 | 241.23 | | 1,555.42 |
| 10/16/14 | {3} | Bells International, Inc. | Acct #002720; Payment #1; A/R COLLECTION | 1121-000 | 241.23 | | 1,796.65 |
| 10/16/14 | {3} | The Bon-Ton Stores, Inc. | Acct #002644; Payment #1; A/R COLLECTION | 1121-000 | 190.33 | | 1,986.98 |
| 10/16/14 | {3} | Certif-A-Gift | Acct #000419; Payment #1; A/R COLLECTION | 1121-000 | 418.49 | | 2,405.47 |
| 10/16/14 | {3} | Certif-A-Gift | Acct #000419; Payment #1; A/R COLLECTION | 1121-000 | 252.23 | | 2,657.70 |
| 10/16/14 | {3} | Corporate Incentives, Inc. | Acct #002455; Payment #1; A/R COLLECTION | 1121-000 | 161.20 | | 2,818.90 |
| 10/17/14 | {3} | Corsan Marketing, Inc. | Acct #000522; Payment #1; A/R COLLECTION | 1121-000 | 100.00 | | 2,918.90 |
| 10/17/14 | {3} | Eagle Recognition | Acct #000681; Payment #1; A/R COLLECTION | 1121-000 | 230.20 | | 3,149.10 |
| 10/17/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 1,129.12 | | 4,278.22 |
| 10/17/14 | {3} | General Motivation Company | Acct #002320; Payment #1; A/R COLLECTION | 1121-000 | 596.82 | | 4,875.04 |
| 10/17/14 | {3} | Hal Kaufman Company | Acct #000909; Payment #1; A/R COLLECTION | 1121-000 | 67.88 | | 4,942.92 |
| 10/17/14 | {3} | Harco Industries, Inc. | Acct #000938; Payment #1; A/R COLLECTION | 1121-000 | 165.10 | | 5,108.02 |
| 10/17/14 | {3} | Harco Industries, Inc. | Acct #000938; Payment #1; A/R COLLECTION | 1121-000 | 190.25 | | 5,298.27 |
| 10/17/14 | {3} | Hinda Incentives | Acct #001004; Payment #1; A/R COLLECTION | 1121-000 | 64.20 | | 5,362.47 |
| 10/17/14 | {3} | Inspirus | Acct #000621; Payment #1; A/R COLLECTION | 1121-000 | 834.92 | | 6,197.39 |
| 10/17/14 | {3} | Ita Group | Acct #001587; Payment #1; A/R COLLECTION | 1121-000 | 1,465.52 | | 7,662.91 |
| 10/17/14 | {3} | The JDR Group LLC | Acct #002636; Payment #1; A/R COLLECTION | 1121-000 | 572.55 | | 8,235.46 |
| 10/17/14 | {3} | Mary Kay, Inc. | Acct #001376; Payment #1; A/R COLLECTION | 1121-000 | 2,052.94 | | 10,288.40 |
| 10/17/14 | {3} | Mary Kay Inc. | Acct #001376; Payment #1; A/R COLLECTION | 1121-000 | 44.84 | | 10,333.24 |
| 10/17/14 | {3} | MTM Recognition Corp. | Acct #001483; Payment #1; A/R COLLECTION | 1121-000 | 157.47 | | 10,490.71 |
| 10/17/14 | {3} | MTM Recognition Corp. | Acct #001483; Payment #1; A/R COLLECTION | 1121-000 | 351.54 | | 10,842.25 |
| 10/17/14 | {3} | O.C. Tanner | Acct #001534; Payment #1; A/R COLLECTION | 1121-000 | 387.04 | | 11,229.29 |
| 10/17/14 | {3} | Optics Planet, Inc. | Acct #002700; Payment #1; A/R COLLECTION | 1121-000 | 220.82 | | 11,450.11 |
| 10/17/14 | {3} | Outer Wear USA New Ltd. | Acct #002719; Payment #1; A/R COLLECTION | 1121-000 | 65.00 | | 11,515.11 |
| 10/17/14 | {3} | Performance Plus | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 203.55 | | 11,718.66 |
| 10/17/14 | {3} | Quality Incentive Company | Acct #001740; Payment #1; A/R COLLECTION | 1121-000 | 47.52 | | 11,766.18 |
| 10/17/14 | {3} | R solutions | Acct #001748; Payment #1; A/R COLLECTION | 1121-000 | 23.87 | | 11,790.05 |
| 10/17/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 306.80 | | 12,096.85 |
| 10/17/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 724.14 | | 12,820.99 |
| 10/17/14 | {3} | Selective Gift Institute, Inc. | Acct #001873; Payment #1; A/R COLLECTION | 1121-000 | 4.10 | | 12,825.09 |
| 10/17/14 | {3} | Summit Group | Acct #000820; Payment #1; A/R COLLECTION | 1121-000 | 1,258.85 | | 14,083.94 |
| 10/17/14 | {3} | Summit Group | Acct #000820; Dayment #1; A/R COLLECTION | 1121-000 | 132.51 | | 14,216.45 |
| 10/17/14 | {3} | Terryberry | Acct #002055; Payment #1; A/R COLLECTION | 1121-000 | 52.45 | | 14,268.90 |

Subtotals :     $14,268.90     $0.00

{} Asset reference(s)

Printed: 06/15/2015 11:10 AM    V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.

**Taxpayer ID #:** **-***5633  
**Period Ending:** 06/15/15

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/17/14 | {3} | Terryberry | Acct #002055; Payment #1; A/R COLLECTION | 1121-000 | 4,304.40 | | 18,573.30 |
| 10/17/14 | {3} | The Tharpe Company, Inc. | Acct #002056; Payment #1; A/R COLLECTION | 1121-000 | 1,270.30 | | 19,843.60 |
| 10/22/14 | {3} | All Star Incentive Marketing | Acct #000123; Payment #1; A/R COLLECTION | 1121-000 | 158.00 | | 20,001.60 |
| 10/22/14 | {3} | C.A. Short | Acct #000371; Payment #1; A/R COLLECTION | 1121-000 | 161.20 | | 20,162.80 |
| 10/22/14 | {3} | Eagle Recognition | Acct #000681; Payment #1; A/R COLLECTION | 1121-000 | 991.53 | | 21,154.33 |
| 10/22/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 258.28 | | 21,412.61 |
| 10/22/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 852.91 | | 22,265.52 |
| 10/22/14 | {3} | Halo Branded Solutions | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 48.99 | | 22,314.51 |
| 10/22/14 | {3} | Hinda Incentives | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 610.08 | | 22,924.59 |
| 10/22/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 619.53 | | 23,544.12 |
| 10/22/14 | {3} | Incentive Services,Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 216.17 | | 23,760.29 |
| 10/22/14 | {3} | Inspirus | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 363.19 | | 24,123.48 |
| 10/22/14 | {3} | Ita Group | Acct #001587; Payment #1; A/R COLLECTION | 1121-000 | 513.21 | | 24,636.69 |
| 10/22/14 | {3} | MAS, Inc. | Acct #001378; Payment #1; A/R COLLECTION | 1121-000 | 64.20 | | 24,700.89 |
| 10/22/14 | {3} | MTM Recognition Corporation | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 274.04 | | 24,974.93 |
| 10/22/14 | {3} | Novitex Marketing Services Solutions, LLC | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 129.87 | | 25,104.80 |
| 10/22/14 | {3} | The JDR Group LLC | Acct #002636; Payment #1; A/R COLLECTION | 1121-000 | 176.83 | | 25,281.63 |
| 10/22/14 | {3} | O.C. Tanner | Acct #001534; Payment #1; A/R COLLECTION | 1121-000 | 1,149.98 | | 26,431.61 |
| 10/22/14 | {3} | O.C. Tanner | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 1,440.26 | | 27,871.87 |
| 10/22/14 | {3} | Pro Media-Streff Marketing Group | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 114.66 | | 27,986.53 |
| 10/22/14 | {3} | Quality Incentive Company | Acct #001740; Payment #1; A/R COLLECTION | 1121-000 | 442.53 | | 28,429.06 |
| 10/22/14 | {3} | Quality Incentive Company | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 47.52 | | 28,476.58 |
| 10/22/14 | {3} | R Solutions | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 41.76 | | 28,518.34 |
| 10/22/14 | {3} | Summit Group | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 397.53 | | 28,915.87 |
| 10/22/14 | {3} | Summit Group | Acct #000820; Payment #1; A/R COLLECTION | 1121-000 | 598.22 | | 29,514.09 |
| 10/22/14 | {3} | Tharpe Robbins | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 1,274.98 | | 30,789.07 |
| 10/22/14 | {3} | O.C. Tanner | Acct #001534; Payment #1; A/R COLLECTION | 1121-000 | 290.28 | | 31,079.35 |
| 10/27/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 605.31 | | 31,684.66 |
| 10/27/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 605.00 | | 32,289.66 |
| 10/27/14 | {3} | Staples Promotional Products | Acct #000505; Payment #1; A/R COLLECTION | 1121-000 | 74.90 | | 32,364.56 |
| 10/27/14 | {3} | Terryberry | Acct #002055; Payment #1; A/R COLLECTION | 1121-000 | 3,678.88 | | 36,043.44 |
| 10/30/14 | {3} | Black Forest, Ltd. | Acct #002449; Payment #1; A/R COLLECTION | 1121-000 | 196.13 | | 36,239.57 |
| 10/30/14 | {3} | Hinda Incentives | Acct #001004; Payment #1; A/R COLLECTION | 1121-000 | 316.00 | | 36,555.57 |
| 10/30/14 | {3} | Lipic's, Inc. | Acct #001272; Payment #1; A/R COLLECTION | 1121-000 | 36.71 | | 36,592.28 |
| 10/30/14 | {3} | Premium Works Inc L L C | Acct #001660; Payment #1; A/R COLLECTION | 1121-000 | 47.68 | | 36,639.96 |
| 10/30/14 | {3} | Staples Promotional Products | Acct #000505; Payment #1; A/R COLLECTION | 1121-000 | 64.90 | | 36,704.86 |

Subtotals : $22,435.96 $0.00

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.  
**Taxpayer ID #:** **-***5633  
**Period Ending:** 06/15/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/14 | {3} | Comp Trading, LLC | Acct #002712; Payment #1; A/R COLLECTION | 1121-000 | 1,043.08 | | 37,747.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.48 | 37,732.46 |
| 11/04/14 | {3} | Florida State Games, Inc. | Acct #002658; Payment #1; A/R COLLECTION | 1121-000 | 161.96 | | 37,894.42 |
| 11/04/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 122.40 | | 38,016.82 |
| 11/04/14 | {3} | Halo Branded Solutions | Acct #001259; Payment #1; A/R COLLECTION | 1121-000 | 223.99 | | 38,240.81 |
| 11/04/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 804.61 | | 39,045.42 |
| 11/04/14 | {3} | ITA Group, Inc. | Acct #001587; Payment #1; A/R COLLECTION | 1121-000 | 2,466.15 | | 41,511.57 |
| 11/04/14 | {3} | Mary Kay, Inc. | Acct #001376; Payment #1; A/R COLLECTION | 1121-000 | 616.56 | | 42,128.13 |
| 11/04/14 | {3} | Tharpe Company, Inc. | Acct #002056; Payment #1; A/R COLLECTION | 1121-000 | 689.97 | | 42,818.10 |
| 11/05/14 | 101 | American Family Insurance | Business Key Policy / Acct. No. 012-984-657 | 2420-000 | | 684.75 | 42,133.35 |
| 11/06/14 | {3} | Corporate Incentives, Inc. | Acct #002455; Payment #1; A/R COLLECTION | 1121-000 | 147.51 | | 42,280.86 |
| 11/06/14 | {3} | MAS, Inc. | Acct #001378; Payment #1; A/R COLLECTION | 1121-000 | 64.20 | | 42,345.06 |
| 11/12/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 176.07 | | 42,521.13 |
| 11/12/14 | {3} | General Motivation Company | Acct #002320; Payment #1; A/R COLLECTION | 1121-000 | 103.89 | | 42,625.02 |
| 11/12/14 | {4} | Josephine A. Pontillo | Employee loan - Michael Smith | 1129-000 | 7,500.00 | | 50,125.02 |
| 11/13/14 | {3} | Bust the Move | Acct #002468; Payment #1; A/R COLLECTION | 1121-000 | 322.53 | | 50,447.55 |
| 11/13/14 | {3} | Meridian Enterprises Corp. | Acct #001415; Payment #1; A/R COLLECTION | 1121-000 | 135.62 | | 50,583.17 |
| 11/17/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 216.80 | | 50,799.97 |
| 11/17/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 231.54 | | 51,031.51 |
| 11/25/14 | 102 | Cogent Communication | Acct. No. GENIEFUL00001 (10/1/14-11/30/14) | 2420-000 | | 800.00 | 50,231.51 |
| 11/26/14 | {1} | Parkway Bank & Trust Co. | Checking Acct. #085022 | 1129-000 | 213,685.77 | | 263,917.28 |
| 11/26/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 169.51 | | 264,086.79 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.54 | 264,027.25 |
| 12/08/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 349.00 | | 264,376.25 |
| 12/08/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 245.00 | | 264,621.25 |
| 12/08/14 | {2} | American Family Mutual Insurance Company | Return of Premium due to Cancellation | 1129-000 | 414.00 | | 265,035.25 |
| 12/09/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; RECEIVABLE | 1121-000 | -216.80 | | 264,818.45 |
| 12/10/14 | 103 | ITA Group | A/R COLLECTION REFUND | 2420-000 | | 2,979.36 | 261,839.09 |
| 12/16/14 | {3} | Hinda Incentives | Acct #001004; Payment #1; A/R COLLECTION | 1121-000 | 124.40 | | 261,963.49 |
| 12/18/14 | 104 | American Family Insurance Group | Business Key Policy / Acct. No. 012-984-657-24 | 2420-000 | | 508.25 | 261,455.24 |
| 12/24/14 | {7} | American Auction Associates, Inc. | SALE PROCEEDS | 1129-000 | 86,530.57 | | 347,985.81 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 439.67 | 347,546.14 |
| 01/19/15 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 80.25 | | 347,626.39 |
| 01/19/15 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 500.06 | | 348,126.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 500.17 | 347,626.28 |

Subtotals: $316,908.64   $5,987.22

{} Asset reference(s)

Printed: 06/15/2015 11:10 AM  V.13.23

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.  

**Taxpayer ID #:** **-***5633  
**Period Ending:** 06/15/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/06/15 | 105 | American Auction Associates, Inc. | Auctioneer for Trustee fees and expenses | 3610-000 | | 15,588.66 | 332,037.62 |
| 02/06/15 | 106 | Village of Lake Zurich | Unknown Burglar Alarms Voided on 02/11/15 | 2420-000 | | 350.00 | 331,687.62 |
| 02/11/15 | 106 | Village of Lake Zurich | Unknown Burglar Alarms Voided: check issued on 02/06/15 | 2420-000 | | -350.00 | 332,037.62 |
| 02/11/15 | 107 | Village of Lake Zurich | Unknown Burglar Alarms | 2420-000 | | 400.00 | 331,637.62 |
| 02/18/15 | 108 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #14-35740, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 246.33 | 331,391.29 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 466.53 | 330,924.76 |
| 03/16/15 | {8} | American Family Mutual Insurance Company | Insurance Refund | 1229-000 | 3,059.00 | | 333,983.76 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 515.00 | 333,468.76 |
| 04/23/15 | 109 | Josephine A. Pontillo | Unpaid rent October 1, 2014 - December 24, 2014 | 2410-000 | | 34,677.42 | 298,791.34 |
| 04/23/15 | 110 | Josephine A. Pontillo | Reimbursement for utility & maintenance expense 10/1/14-12/24/14 | 2410-000 | | 4,731.50 | 294,059.84 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 479.64 | 293,580.20 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.19 | 293,172.01 |
| | | | **ACCOUNT TOTALS** | | 356,672.50 | 63,500.49 | **$293,172.01** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 356,672.50 | 63,500.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$356,672.50** | **$63,500.49** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3666** | 356,672.50 | 63,500.49 | 293,172.01 |
| | **$356,672.50** | **$63,500.49** | **$293,172.01** |

{} Asset reference(s)

Printed: 06/15/2015 11:10 AM    V.13.23

# Claims Proposed Distribution - Exhibit C

## Case:  14-35740-ABG    GENIE SERVICES, LTD.

**Case Balance:**  $293,172.01    **Total Proposed Payment:**  $293,172.01    **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 10 | American Family Insurance | Admin Ch. 7 | 1,193.00 | 1,193.00 | 1,193.00 | 0.00 | 0.00 | 293,172.01 |
| | <2420-00  Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)> | | | | | | | |
| 11 | Cogent | Admin Ch. 7 | 800.00 | 800.00 | 800.00 | 0.00 | 0.00 | 293,172.01 |
| | <2420-00  Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)> | | | | | | | |
| 12 | ITA Group | Admin Ch. 7 | 2,979.36 | 2,979.36 | 2,979.36 | 0.00 | 0.00 | 293,172.01 |
| | <2420-00  Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)> | | | | | | | |
| 13 | Village of Lake Zurich | Admin Ch. 7 | 400.00 | 400.00 | 400.00 | 0.00 | 0.00 | 293,172.01 |
| | <2420-00  Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)> | | | | | | | |
| 14 | American Auction Associates | Admin Ch. 7 | 15,588.66 | 15,588.66 | 15,588.66 | 0.00 | 0.00 | 293,172.01 |
| | <3610-00  Auctioneer for Trustee Fees (including buyers premiums)> | | | | | | | |
| 15 | Josephine A. Pontillo | Admin Ch. 7 | 34,677.42 | 34,677.42 | 34,677.42 | 0.00 | 0.00 | 293,172.01 |
| | <2410-00  Admin. Rent (post-petition storage fees, leases, etc.)> | | | | | | | |
| 16 | Josephine A. Pontillo | Admin Ch. 7 | 4,731.50 | 4,731.50 | 4,731.50 | 0.00 | 0.00 | 293,172.01 |
| | <2410-00  Admin. Rent (post-petition storage fees, leases, etc.)> | | | | | | | |
| CPA | Lois West, Popowcer Katten, Ltd. | Admin Ch. 7 | 3,126.00 | 3,126.00 | 0.00 | 3,126.00 | 3,126.00 | 290,046.01 |
| | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| EXP | JOHN E. GIERUM | Admin Ch. 7 | 246.33 | 246.33 | 246.33 | 0.00 | 0.00 | 290,046.01 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| TEE | JOHN E. GIERUM | Admin Ch. 7 | 21,083.63 | 21,083.63 | 0.00 | 21,083.63 | 21,083.63 | 268,962.38 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| 3 | Internal Revenue Service | Priority | 100.00 | 100.00 | 0.00 | 100.00 | 100.00 | 268,862.38 |
| 1 | Robert Bosch Tool Corporation | Unsecured | 88,488.67 | 88,488.67 | 0.00 | 88,488.67 | 29,719.06 | 239,143.32 |
| 2 | Pitney Bowes Global Financial Services LLC | Unsecured | 1,481.52 | 1,481.52 | 0.00 | 1,481.52 | 497.57 | 238,645.75 |
| 4 | FujiFilm USA North America Corp | Unsecured | 484,471.86 | 484,471.86 | 0.00 | 484,471.86 | 162,710.64 | 75,935.11 |
| 5 | Josephine A. Pontillo | Unsecured | 116,494.88 | 116,494.88 | 0.00 | 116,494.88 | 39,124.99 | 36,810.12 |
| 6 | Josephine A. Pontillo | Unsecured | 50,000.00 | 50,000.00 | 0.00 | 50,000.00 | 16,792.58 | 20,017.54 |
| 7 | Illinois Bell Telephone Company | Unsecured | 905.50 | 905.50 | 0.00 | 905.50 | 304.11 | 19,713.43 |
| 8 | Brother International Corp | Unsecured | 58,232.00 | 58,232.00 | 0.00 | 58,232.00 | 19,557.31 | 156.12 |
| 9 | Product Specialties Inc. | Unsecured | 464.84 | 464.84 | 0.00 | 464.84 | 156.12 | 0.00 |

# Claims Proposed Distribution - Exhibit C

## Case: 14-35740-ABG    GENIE SERVICES, LTD.

**Case Balance:** $293,172.01    **Total Proposed Payment:** $293,172.01    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 14-35740 :** | | **$885,465.17** | **$885,465.17** | **$60,616.27** | **$824,848.90** | **$293,172.01** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $84,825.90 | $84,825.90 | $60,616.27 | $24,209.63 | 100.000000% |
| **Total Priority Claims :** | $100.00 | $100.00 | $0.00 | $100.00 | 100.000000% |
| **Total Unsecured Claims :** | $800,539.27 | $800,539.27 | $0.00 | $268,862.38 | 33.585158% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-35740-ABG
Case Name: GENIE SERVICES, LTD.
Trustee Name: JOHN E. GIERUM

**Balance on hand:**  $ 293,172.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 293,172.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 21,083.63 | 0.00 | 21,083.63 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 3,126.00 | 0.00 | 3,126.00 |

Total to be paid for chapter 7 administration expenses:  $ 24,209.63
Remaining balance:  $ 268,962.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 268,962.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $100.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | 100.00 | 0.00 | 100.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 100.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 268,862.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 800,539.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robert Bosch Tool Corporation | 88,488.67 | 0.00 | 29,719.06 |
| 2 | Pitney Bowes Global Financial Services LLC | 1,481.52 | 0.00 | 497.57 |
| 4 | FujiFilm USA North America Corp | 484,471.86 | 0.00 | 162,710.64 |
| 5 | Josephine A. Pontillo | 116,494.88 | 0.00 | 39,124.99 |
| 6 | Josephine A. Pontillo | 50,000.00 | 0.00 | 16,792.58 |
| 7 | Illinois Bell Telephone Company | 905.50 | 0.00 | 304.11 |
| 8 | Brother International Corp | 58,232.00 | 0.00 | 19,557.31 |
| 9 | Product Specialties Inc. | 464.84 | 0.00 | 156.12 |

|  | Total to be paid for timely general unsecured claims: | $ | 268,862.38 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**