UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GENIE SERVICES, LTD.     §    Case No. 14-35740-ABG
                                §
                                §
                                §
Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM                              , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on August 21, 2015 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 06/16/2015　　By: /s/JOHN E. GIERUM
　　　　　　　　　　　　　　　　　　　　　　Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GENIE SERVICES, LTD. | § | Case No. 14-35740-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 356,672.50 |
| and approved disbursements of | $ | 63,500.49 |
| leaving a balance on hand of [1] | $ | 293,172.01 |
| **Balance on hand:** | $ | 293,172.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 293,172.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 21,083.63 | 0.00 | 21,083.63 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 3,126.00 | 0.00 | 3,126.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 24,209.63 |
| Remaining balance: | $ | 268,962.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 268,962.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $100.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | 100.00 | 0.00 | 100.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 100.00 |
| | Remaining balance: | $ | 268,862.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 800,539.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robert Bosch Tool Corporation | 88,488.67 | 0.00 | 29,719.06 |
| 2 | Pitney Bowes Global Financial Services LLC | 1,481.52 | 0.00 | 497.57 |
| 4 | FujiFilm USA North America Corp | 484,471.86 | 0.00 | 162,710.64 |
| 5 | Josephine A. Pontillo | 116,494.88 | 0.00 | 39,124.99 |
| 6 | Josephine A. Pontillo | 50,000.00 | 0.00 | 16,792.58 |
| 7 | Illinois Bell Telephone Company | 905.50 | 0.00 | 304.11 |
| 8 | Brother International Corp | 58,232.00 | 0.00 | 19,557.31 |
| 9 | Product Specialties Inc. | 464.84 | 0.00 | 156.12 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 268,862.38 |
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOHN E. GIERUM
                            Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-35740-ABG
Genie Fulfillment Services, Ltd.                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 2          Date Rcvd: Jun 17, 2015
                              Form ID: pdf006         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
```
db           +Genie Fulfillment Services, Ltd.,    c/o Jean Anne Palmby, Agent,    17924 Camargo Lane,
               Orlando, FL 32820-2726
aty          +William J Mantas,    Gierum & Mantas,    1030 W Higgins Rd #220,    Park Ridge, IL 60068-5761
22470659     +Advanced Disposal Services,    4612 W. Lake,    Melrose Park, IL 60160-2747
22470660     +Aervoe Industries, Inc.,    1100 Mark Circle,    Gardnerville, NV 89410-6194
22470663     +Brother International Corp,    200 Crossings Blvd,    Bridgewater, NJ 08807-2861,
               Attn: Sarah Muhlstock
22470666     +FedEx,    PO Box 94515,    Palatine, IL 60094-4515
22470667      FujiFilm USA North America Corp,    200 Summit Lake Dr.,    Valhalla, NY 10595-1356
22470668     +Hudson Energy,    PO Box 142109,    Irving, TX 75014-2109
22470669     +IBM Software,    3039 E. Cornwallis Rd.,    Research Triangle Pk, NC 27709-0125
22470671    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
               100 W. Randolph St.,    Chicago, IL 60601)
22470673     +International Fire Equipment,    500 Telser Road,    Lake Zurich, IL 60047-1500
22470674     +Josephine A. Pontillo,    c/o Jean A. Palmby,    17924 Camargo Lane,    Orlando, FL 32820-2726
22470675     +Monach Burglar Alarm Co.,    6827 W. Dobson,    Niles, IL 60714-3326
22470676     +New England Technology, Inc.,    1020 Plain St.,    Suite 110,    Marshfield, MA 02050-2143
22470677      Nicor Gas,    PO Box 5407,    Carol Stream, IL 60197-5407
22470678      Old Dominion Freight Line,    14933 Collection Center Dr.,    Chicago, IL 60693-4933
22470679      Pitney Bowes Global Finance Service,    500 Ross St.,    Suite 154-0470,
               Pittsburgh, PA 15262-0001
22470680      Product Specialties Inc.,    10 Carlow Court, Unit 6,    Whitby ON Canada L1N9T7
22470682     +Robert Bosch Tool Corporation,    1800 W. Central Rd.,    Mount Prospect, IL 60056-2230,
               Attn: Credit Dept
22470683     +Royal Consumer Information Products,    1160 US Hwy 22,    Suite 301,
               Bridgewater, NJ 08807-2931
22470684     +Sports Measurement Group, LLC,    45 Jefryn Blvd. West,    Deer Park, NY 11729-5726
22470685     +The Singing Machine Company, Inc.,    6301 NW 5th Way,    Suite 2900,
               Fort Lauderdale, FL 33309-6191
22470686     +Tyco International Security,    10405 Crosspoint Blvd.,    Indianapolis, IN 46256-3323
22470687      UPS,    PO Box 7247-0244,    Philadelphia, PA 19170-0001
22470688     +Village of Lake Zurich,    70 E. Main,    Lake Zurich, IL 60047-2416
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22470661      E-mail/Text: g17768@att.com Jun 18 2015 01:15:36     AT&T,    PO Box 5080,
               Carol Stream, IL 60197-5080
22470662      E-mail/Text: g17768@att.com Jun 18 2015 01:15:36     AT&T U-Verse,    PO Box 5014,
               Carol Stream, IL 60197-5014
22470664     +E-mail/Text: billing@cogentco.com Jun 18 2015 01:16:58     Cogent Communications,
               1015 31st Street NW,    Washington, DC 20007-4406
22470665      E-mail/Text: legalcollections@comed.com Jun 18 2015 01:17:26     ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
22900097     +E-mail/Text: g17768@att.com Jun 18 2015 01:15:36     Illinois Bell Telephone Company,
               c/o AT&T Services, Inc.,    Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
22470670     +E-mail/Text: des.claimantbankruptcy@illinois.gov Jun 18 2015 01:17:37
               Illinois Dep of Employment Security,    33 S. State, 10th Fl.,    Chicago, IL 60603-2808
22470672      E-mail/Text: cio.bncmail@irs.gov Jun 18 2015 01:15:52     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
22632583     +E-mail/Text: bankruptcy@pb.com Jun 18 2015 01:17:39
               Pitney Bowes Global Financial Services LLC,    4901 Belfort Road, Suite 120,
               Jacksonville, FL 32256-6016
22470681      E-mail/Text: bankruptcy@pb.com Jun 18 2015 01:17:40     Purchase Power- Pitney Bowes,
               PO Box 5135,    Shelton, CT 06484-7135
                                                                                              TOTAL: 9
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: pseamann              Page 2 of 2                  Date Rcvd: Jun 17, 2015
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,    IL25@ecfcbis.com
              John E Gierum    jgierum@7trustee.net,    IL25@ecfcbis.com
              John E Gierum    on behalf of Accountant Lois  West jgierum@7trustee.net,    IL25@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Debtor    Genie Fulfillment Services, Ltd. rfogel@shawfishman.com
              Richard M. Fogel    on behalf of Creditor Joesphine A. Pontillo rfogel@shawfishman.com
                                                                                             TOTAL: 6
```