## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: GENIE SERVICES, LTD.                              § Case No. 14-35740-ABG
                                                          §
                                                          §
                                                          §
Debtor(s)                                                 §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $268,962.38     Claims Discharged
                                                  Without Payment: $531,425.51

Total Expenses of Administration: $87,710.12

---

3) Total gross receipts of $ 356,672.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $356,672.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 87,710.12 | 87,710.12 | 87,710.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 100.00 | 100.00 | 100.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 800,287.89 | 800,287.89 | 268,862.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $888,098.01 | $888,098.01 | $356,672.50 |

4) This case was originally filed under Chapter 7 on October 01, 2014. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2016          By: /s/JOHN E. GIERUM
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account #085022 Parkway Bank & Trust 48 | 1129-000 | 213,685.77 |
| American Family Insurance, Madison, WI Business | 1129-000 | 414.00 |
| Detailed list of accounts receivable to be provi | 1121-000 | 45,483.16 |
| Employee loan- Michael Smith | 1129-000 | 7,500.00 |
| Inventory of fulfilment products [At cost and e | 1129-000 | 86,530.57 |
| Insurance Refund | 1229-000 | 3,059.00 |
| **TOTAL GROSS RECEIPTS** | | **$356,672.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Family Insurance | 2420-000 | N/A | 1,193.00 | 1,193.00 | 1,193.00 |
| Cogent | 2420-000 | N/A | 800.00 | 800.00 | 800.00 |
| ITA Group | 2420-000 | N/A | 2,979.36 | 2,979.36 | 2,979.36 |
| Village of Lake Zurich | 2420-000 | N/A | 400.00 | 400.00 | 400.00 |
| American Auction Associates | 3610-000 | N/A | 15,588.66 | 15,588.66 | 15,588.66 |
| Josephine A. Pontillo | 2410-000 | N/A | 34,677.42 | 34,677.42 | 34,677.42 |
| Josephine A. Pontillo | 2410-000 | N/A | 4,731.50 | 4,731.50 | 4,731.50 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 3,126.00 | 3,126.00 | 3,126.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 246.33 | 246.33 | 246.33 |
| JOHN E. GIERUM | 2100-000 | N/A | 21,083.63 | 21,083.63 | 21,083.63 |
| Rabobank, N.A. | 2600-000 | N/A | 15.48 | 15.48 | 15.48 |
| Rabobank, N.A. | 2600-000 | N/A | 59.54 | 59.54 | 59.54 |
| Rabobank, N.A. | 2600-000 | N/A | 439.67 | 439.67 | 439.67 |
| Rabobank, N.A. | 2600-000 | N/A | 500.17 | 500.17 | 500.17 |
| Rabobank, N.A. | 2600-000 | N/A | 466.53 | 466.53 | 466.53 |
| Rabobank, N.A. | 2600-000 | N/A | 515.00 | 515.00 | 515.00 |
| Rabobank, N.A. | 2600-000 | N/A | 479.64 | 479.64 | 479.64 |
| Rabobank, N.A. | 2600-000 | N/A | 408.19 | 408.19 | 408.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $87,710.12 | $87,710.12 | $87,710.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | N/A | 100.00 | 100.00 | 100.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $100.00 | $100.00 | $100.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Robert Bosch Tool Corporation | 7100-000 | N/A | 88,488.67 | 88,488.67 | 29,728.39 |
| 2 | Pitney Bowes Global Financial Services LLC | 7100-000 | N/A | 1,481.52 | 1,481.52 | 497.73 |
| 4 | FujiFilm USA North America Corp | 7100-000 | N/A | 484,471.86 | 484,471.86 | 162,761.75 |
| 5 | Josephine A. Pontillo | 7100-000 | N/A | 116,494.88 | 116,494.88 | 39,137.28 |
| 6 | Josephine A. Pontillo | 7100-000 | N/A | 50,000.00 | 50,000.00 | 16,797.85 |
| 7 | Illinois Bell Telephone Company | 7100-000 | N/A | 654.12 | 654.12 | 219.76 |
| 8 | Brother International Corp | 7100-000 | N/A | 58,232.00 | 58,232.00 | 19,563.45 |
| 9 | Product Specialties Inc. | 7100-000 | N/A | 464.84 | 464.84 | 156.17 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $800,287.89 | $800,287.89 | $268,862.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 10/01/14 (f)  
**§341(a) Meeting Date:** 11/07/14

**Period Ending:** 01/14/16  
**Claims Bar Date:** 02/12/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Checking account #085022 Parkway Bank & Trust 48  Imported from original petition Doc# 7 | 210,000.00 | 210,000.00 | | 213,685.77 | FA |
| 2   American Family Insurance, Madison, WI Business  Imported from original petition Doc# 7 | 0.00 | 0.00 | | 414.00 | FA |
| 3   Detailed list of accounts receivable to be provi  Imported from original petition Doc# 7 | 40,372.82 | 40,372.82 | | 45,483.16 | FA |
| 4   Employee loan- Michael Smith  Imported from original petition Doc# 7 | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 5   Miscellaneous office equipment, computer equipme  Imported from original petition Doc# 7 | 0.00 | 0.00 | | 0.00 | FA |
| 6   Furniture and fixtures in warehouse  Imported from original petition Doc# 7 | 0.00 | 0.00 | | 0.00 | FA |
| 7   Inventory of fulfilment products [At cost and e  Imported from original petition Doc# 7 | 92,098.92 | 92,098.92 | | 86,530.57 | FA |
| 8   Insurance Refund  (u) | 0.00 | 3,059.00 | | 3,059.00 | FA |
| **8   Assets   Totals** (Excluding unknown values) | **$349,971.74** | **$353,030.74** | | **$356,672.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Collected receivables, held auction sale of assets, to review claims and retained accountant for tax work.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016        **Current Projected Date Of Final Report (TFR):**   June 15, 2015  (Actual)

Printed: 01/14/2016 01:59 PM    V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-35740-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GENIE SERVICES, LTD. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3666 - Checking Account |
| Taxpayer ID #: | **-***5633 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/14/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/16/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 954.76 | | 954.76 |
| 10/16/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 174.50 | | 1,129.26 |
| 10/16/14 | {3} | Aima Proprietary Loyalty U.S. Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 92.02 | | 1,221.28 |
| 10/16/14 | {3} | Award Concepts, Inc. | Acct #000210; Payment #1; A/R COLLECTION | 1121-000 | 92.91 | | 1,314.19 |
| 10/16/14 | {3} | Bells International, Inc. | Acct #002720; Payment #1; A/R COLLECTION | 1121-000 | 241.23 | | 1,555.42 |
| 10/16/14 | {3} | Bells International, Inc. | Acct #002720; Payment #1; A/R COLLECTION | 1121-000 | 241.23 | | 1,796.65 |
| 10/16/14 | {3} | The Bon-Ton Stores, Inc. | Acct #002644; Payment #1; A/R COLLECTION | 1121-000 | 190.33 | | 1,986.98 |
| 10/16/14 | {3} | Certif-A-Gift | Acct #000419; Payment #1; A/R COLLECTION | 1121-000 | 418.49 | | 2,405.47 |
| 10/16/14 | {3} | Certif-A-Gift | Acct #000419; Payment #1; A/R COLLECTION | 1121-000 | 252.23 | | 2,657.70 |
| 10/16/14 | {3} | Corporate Incentives, Inc. | Acct #002455; Payment #1; A/R COLLECTION | 1121-000 | 161.20 | | 2,818.90 |
| 10/17/14 | {3} | Corsan Marketing, Inc. | Acct #000522; Payment #1; A/R COLLECTION | 1121-000 | 100.00 | | 2,918.90 |
| 10/17/14 | {3} | Eagle Recognition | Acct #000681; Payment #1; A/R COLLECTION | 1121-000 | 230.20 | | 3,149.10 |
| 10/17/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 1,129.12 | | 4,278.22 |
| 10/17/14 | {3} | General Motivation Company | Acct #002320; Payment #1; A/R COLLECTION | 1121-000 | 596.82 | | 4,875.04 |
| 10/17/14 | {3} | Hal Kaufman Company | Acct #000909; Payment #1; A/R COLLECTION | 1121-000 | 67.88 | | 4,942.92 |
| 10/17/14 | {3} | Harco Industries, Inc. | Acct #000938; Payment #1; A/R COLLECTION | 1121-000 | 165.10 | | 5,108.02 |
| 10/17/14 | {3} | Harco Industries, Inc. | Acct #000938; Payment #1; A/R COLLECTION | 1121-000 | 190.25 | | 5,298.27 |
| 10/17/14 | {3} | Hinda Incentives | Acct #001004; Payment #1; A/R COLLECTION | 1121-000 | 64.20 | | 5,362.47 |
| 10/17/14 | {3} | Inspirus | Acct #000621; Payment #1; A/R COLLECTION | 1121-000 | 834.92 | | 6,197.39 |
| 10/17/14 | {3} | Ita Group | Acct #001587; Payment #1; A/R COLLECTION | 1121-000 | 1,465.52 | | 7,662.91 |
| 10/17/14 | {3} | The JDR Group LLC | Acct #002636; Payment #1; A/R COLLECTION | 1121-000 | 572.55 | | 8,235.46 |
| 10/17/14 | {3} | Mary Kay, Inc. | Acct #001376; Payment #1; A/R COLLECTION | 1121-000 | 2,052.94 | | 10,288.40 |
| 10/17/14 | {3} | Mary Kay Inc. | Acct #001376; Payment #1; A/R COLLECTION | 1121-000 | 44.84 | | 10,333.24 |
| 10/17/14 | {3} | MTM Recognition Corp. | Acct #001483; Payment #1; A/R COLLECTION | 1121-000 | 157.47 | | 10,490.71 |
| 10/17/14 | {3} | MTM Recognition Corp. | Acct #001483; Payment #1; A/R COLLECTION | 1121-000 | 351.54 | | 10,842.25 |
| 10/17/14 | {3} | O.C. Tanner | Acct #001534; Payment #1; A/R COLLECTION | 1121-000 | 387.04 | | 11,229.29 |
| 10/17/14 | {3} | Optics Planet, Inc. | Acct #002700; Payment #1; A/R COLLECTION | 1121-000 | 220.82 | | 11,450.11 |
| 10/17/14 | {3} | Outer Wear USA New Ltd. | Acct #002719; Payment #1; A/R COLLECTION | 1121-000 | 65.00 | | 11,515.11 |
| 10/17/14 | {3} | Performance Plus | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 203.55 | | 11,718.66 |
| 10/17/14 | {3} | Quality Incentive Company | Acct #001740; Payment #1; A/R COLLECTION | 1121-000 | 47.52 | | 11,766.18 |
| 10/17/14 | {3} | R solutions | Acct #001748; Payment #1; A/R COLLECTION | 1121-000 | 23.87 | | 11,790.05 |
| 10/17/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 306.80 | | 12,096.85 |
| 10/17/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 724.14 | | 12,820.99 |
| 10/17/14 | {3} | Selective Gift Institute, Inc. | Acct #001873; Payment #1; A/R COLLECTION | 1121-000 | 4.10 | | 12,825.09 |
| 10/17/14 | {3} | Summit Group | Acct #000820; Payment #1; A/R COLLECTION | 1121-000 | 1,258.85 | | 14,083.94 |
| 10/17/14 | {3} | Summit Group | Acct #000820; Doyment #1; A/R COLLECTION | 1121-000 | 132.51 | | 14,216.45 |
| 10/17/14 | {3} | Terryberry | Acct #002055; Payment #1; A/R COLLECTION | 1121-000 | 52.45 | | 14,268.90 |
| | | | Subtotals : | | $14,268.90 | $0.00 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.  

**Taxpayer ID #:** **-***5633  
**Period Ending:** 01/14/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/17/14 | {3} | Terryberry | Acct #002055; Payment #1; A/R COLLECTION | 1121-000 | 4,304.40 | | 18,573.30 |
| 10/17/14 | {3} | The Tharpe Company, Inc. | Acct #002056; Payment #1; A/R COLLECTION | 1121-000 | 1,270.30 | | 19,843.60 |
| 10/22/14 | {3} | All Star Incentive Marketing | Acct #000123; Payment #1; A/R COLLECTION | 1121-000 | 158.00 | | 20,001.60 |
| 10/22/14 | {3} | C.A. Short | Acct #000371; Payment #1; A/R COLLECTION | 1121-000 | 161.20 | | 20,162.80 |
| 10/22/14 | {3} | Eagle Recognition | Acct #000681; Payment #1; A/R COLLECTION | 1121-000 | 991.53 | | 21,154.33 |
| 10/22/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 258.28 | | 21,412.61 |
| 10/22/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 852.91 | | 22,265.52 |
| 10/22/14 | {3} | Halo Branded Solutions | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 48.99 | | 22,314.51 |
| 10/22/14 | {3} | Hinda Incentives | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 610.08 | | 22,924.59 |
| 10/22/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 619.53 | | 23,544.12 |
| 10/22/14 | {3} | Incentive Services,Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 216.17 | | 23,760.29 |
| 10/22/14 | {3} | Inspirus | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 363.19 | | 24,123.48 |
| 10/22/14 | {3} | Ita Group | Acct #001587; Payment #1; A/R COLLECTION | 1121-000 | 513.21 | | 24,636.69 |
| 10/22/14 | {3} | MAS, Inc. | Acct #001378; Payment #1; A/R COLLECTION | 1121-000 | 64.20 | | 24,700.89 |
| 10/22/14 | {3} | MTM Recognition Corporation | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 274.04 | | 24,974.93 |
| 10/22/14 | {3} | Novitex Marketing Services Solutions, LLC | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 129.87 | | 25,104.80 |
| 10/22/14 | {3} | The JDR Group LLC | Acct #002636; Payment #1; A/R COLLECTION | 1121-000 | 176.83 | | 25,281.63 |
| 10/22/14 | {3} | O.C. Tanner | Acct #001534; Payment #1; A/R COLLECTION | 1121-000 | 1,149.98 | | 26,431.61 |
| 10/22/14 | {3} | O.C. Tanner | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 1,440.26 | | 27,871.87 |
| 10/22/14 | {3} | Pro Media-Streff Marketing Group | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 114.66 | | 27,986.53 |
| 10/22/14 | {3} | Quality Incentive Company | Acct #001740; Payment #1; A/R COLLECTION | 1121-000 | 442.53 | | 28,429.06 |
| 10/22/14 | {3} | Quality Incentive Company | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 47.52 | | 28,476.58 |
| 10/22/14 | {3} | R Solutions | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 41.76 | | 28,518.34 |
| 10/22/14 | {3} | Summit Group | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 397.53 | | 28,915.87 |
| 10/22/14 | {3} | Summit Group | Acct #000820; Payment #1; A/R COLLECTION | 1121-000 | 598.22 | | 29,514.09 |
| 10/22/14 | {3} | Tharpe Robbins | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 1,274.98 | | 30,789.07 |
| 10/22/14 | {3} | O.C. Tanner | Acct #001534; Payment #1; A/R COLLECTION | 1121-000 | 290.28 | | 31,079.35 |
| 10/27/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 605.31 | | 31,684.66 |
| 10/27/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 605.00 | | 32,289.66 |
| 10/27/14 | {3} | Staples Promotional Products | Acct #000505; Payment #1; A/R COLLECTION | 1121-000 | 74.90 | | 32,364.56 |
| 10/27/14 | {3} | Terryberry | Acct #002055; Payment #1; A/R COLLECTION | 1121-000 | 3,678.88 | | 36,043.44 |
| 10/30/14 | {3} | Black Forest, Ltd. | Acct #002449; Payment #1; A/R COLLECTION | 1121-000 | 196.13 | | 36,239.57 |
| 10/30/14 | {3} | Hinda Incentives | Acct #001004; Payment #1; A/R COLLECTION | 1121-000 | 316.00 | | 36,555.57 |
| 10/30/14 | {3} | Lipic's, Inc. | Acct #001272; Payment #1; A/R COLLECTION | 1121-000 | 36.71 | | 36,592.28 |
| 10/30/14 | {3} | Premium Works Inc L L C | Acct #001660; Payment #1; A/R COLLECTION | 1121-000 | 47.68 | | 36,639.96 |
| 10/30/14 | {3} | Staples Promotional Products | Acct #000505; Payment #1; A/R COLLECTION | 1121-000 | 64.90 | | 36,704.86 |

Subtotals :   $22,435.96   $0.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 14-35740-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GENIE SERVICES, LTD. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3666 - Checking Account |
| Taxpayer ID #: | **-***5633 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/14/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/14 | {3} | Comp Trading, LLC | Acct #002712; Payment #1; A/R COLLECTION | 1121-000 | 1,043.08 | | 37,747.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.48 | 37,732.46 |
| 11/04/14 | {3} | Florida State Games, Inc. | Acct #002658; Payment #1; A/R COLLECTION | 1121-000 | 161.96 | | 37,894.42 |
| 11/04/14 | {3} | Gage Marketing Group | Acct #000816; Payment #1; A/R COLLECTION | 1121-000 | 122.40 | | 38,016.82 |
| 11/04/14 | {3} | Halo Branded Solutions | Acct #001259; Payment #1; A/R COLLECTION | 1121-000 | 223.99 | | 38,240.81 |
| 11/04/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 804.61 | | 39,045.42 |
| 11/04/14 | {3} | ITA Group, Inc. | Acct #001587; Payment #1; A/R COLLECTION | 1121-000 | 2,466.15 | | 41,511.57 |
| 11/04/14 | {3} | Mary Kay, Inc. | Acct #001376; Payment #1; A/R COLLECTION | 1121-000 | 616.56 | | 42,128.13 |
| 11/04/14 | {3} | Tharpe Company, Inc. | Acct #002056; Payment #1; A/R COLLECTION | 1121-000 | 689.97 | | 42,818.10 |
| 11/05/14 | 101 | American Family Insurance | Business Key Policy / Acct. No. 012-984-657 | 2420-000 | | 684.75 | 42,133.35 |
| 11/06/14 | {3} | Corporate Incentives, Inc. | Acct #002455; Payment #1; A/R COLLECTION | 1121-000 | 147.51 | | 42,280.86 |
| 11/06/14 | {3} | MAS, Inc. | Acct #001378; Payment #1; A/R COLLECTION | 1121-000 | 64.20 | | 42,345.06 |
| 11/12/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 176.07 | | 42,521.13 |
| 11/12/14 | {3} | General Motivation Company | Acct #002320; Payment #1; A/R COLLECTION | 1121-000 | 103.89 | | 42,625.02 |
| 11/12/14 | {4} | Josephine A. Pontillo | Employee loan - Michael Smith | 1129-000 | 7,500.00 | | 50,125.02 |
| 11/13/14 | {3} | Bust the Move | Acct #002468; Payment #1; A/R COLLECTION | 1121-000 | 322.53 | | 50,447.55 |
| 11/13/14 | {3} | Meridian Enterprises Corp. | Acct #001415; Payment #1; A/R COLLECTION | 1121-000 | 135.62 | | 50,583.17 |
| 11/17/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 216.80 | | 50,799.97 |
| 11/17/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 231.54 | | 51,031.51 |
| 11/25/14 | 102 | Cogent Communication | Acct. No. GENIEFUL00001 (10/1/14-11/30/14) | 2420-000 | | 800.00 | 50,231.51 |
| 11/26/14 | {1} | Parkway Bank & Trust Co. | Checking Acct. #085022 | 1129-000 | 213,685.77 | | 263,917.28 |
| 11/26/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 169.51 | | 264,086.79 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.54 | 264,027.25 |
| 12/08/14 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 349.00 | | 264,376.25 |
| 12/08/14 | {3} | Schaffer Partners, Inc. | Acct #001864; Payment #1; A/R COLLECTION | 1121-000 | 245.00 | | 264,621.25 |
| 12/08/14 | {2} | American Family Mutual Insurance Company | Return of Premium due to Cancellation | 1129-000 | 414.00 | | 265,035.25 |
| 12/09/14 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; RECEIVABLE | 1121-000 | -216.80 | | 264,818.45 |
| 12/10/14 | 103 | ITA Group | A/R COLLECTION REFUND | 2420-000 | | 2,979.36 | 261,839.09 |
| 12/16/14 | {3} | Hinda Incentives | Acct #001004; Payment #1; A/R COLLECTION | 1121-000 | 124.40 | | 261,963.49 |
| 12/18/14 | 104 | American Family Insurance Group | Business Key Policy / Acct. No. 012-984-657-24 | 2420-000 | | 508.25 | 261,455.24 |
| 12/24/14 | {7} | American Auction Associates, Inc. | SALE PROCEEDS | 1129-000 | 86,530.57 | | 347,985.81 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 439.67 | 347,546.14 |
| 01/19/15 | {3} | Aimia Proprietary Loyalty U.S., Inc. | Acct #000388; Payment #1; A/R COLLECTION | 1121-000 | 80.25 | | 347,626.39 |
| 01/19/15 | {3} | Incentive Services, Inc. | Acct #001071; Payment #1; A/R COLLECTION | 1121-000 | 500.06 | | 348,126.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 500.17 | 347,626.28 |

Subtotals : $316,908.64  $5,987.22

{} Asset reference(s)

Printed: 01/14/2016 01:59 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.  
**Taxpayer ID #:** **-***5633  
**Period Ending:** 01/14/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/15 | 105 | American Auction Associates, Inc. | Auctioneer for Trustee fees and expenses | 3610-000 | | 15,588.66 | 332,037.62 |
| 02/06/15 | 106 | Village of Lake Zurich | Unknown Burglar Alarms Voided on 02/11/15 | 2420-000 | | 350.00 | 331,687.62 |
| 02/11/15 | 106 | Village of Lake Zurich | Unknown Burglar Alarms Voided: check issued on 02/06/15 | 2420-000 | | -350.00 | 332,037.62 |
| 02/11/15 | 107 | Village of Lake Zurich | Unknown Burglar Alarms | 2420-000 | | 400.00 | 331,637.62 |
| 02/18/15 | 108 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #14-35740, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 246.33 | 331,391.29 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 466.53 | 330,924.76 |
| 03/16/15 | {8} | American Family Mutual Insurance Company | Insurance Refund | 1229-000 | 3,059.00 | | 333,983.76 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 515.00 | 333,468.76 |
| 04/23/15 | 109 | Josephine A. Pontillo | Unpaid rent October 1, 2014 - December 24, 2014 | 2410-000 | | 34,677.42 | 298,791.34 |
| 04/23/15 | 110 | Josephine A. Pontillo | Reimbursement for utility & maintenance expense 10/1/14-12/24/14 | 2410-000 | | 4,731.50 | 294,059.84 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 479.64 | 293,580.20 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.19 | 293,172.01 |
| 08/24/15 | 111 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $3,126.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,126.00 | 290,046.01 |
| 08/24/15 | 112 | JOHN E. GIERUM | Dividend paid 100.00% on $21,083.63, Trustee Compensation; Reference: | 2100-000 | | 21,083.63 | 268,962.38 |
| 08/24/15 | 113 | Internal Revenue Service | First and Final Distribution | 5800-000 | | 100.00 | 268,862.38 |
| 08/24/15 | 114 | Robert Bosch Tool Corporation | First and Final Distribution | 7100-000 | | 29,728.39 | 239,133.99 |
| 08/24/15 | 115 | Pitney Bowes Global Financial Services LLC | First and Final Distribution | 7100-000 | | 497.73 | 238,636.26 |
| 08/24/15 | 116 | FujiFilm USA North America Corp | First and Final Distribution | 7100-000 | | 162,761.75 | 75,874.51 |
| 08/24/15 | 117 | Illinois Bell Telephone Company | First and Final Distribution | 7100-000 | | 219.76 | 75,654.75 |
| 08/24/15 | 118 | Brother International Corp | First and Final Distribution | 7100-000 | | 19,563.45 | 56,091.30 |
| 08/24/15 | 119 | Product Specialties Inc. | First and Final Distribution | 7100-000 | | 156.17 | 55,935.13 |
| 08/24/15 | 120 | Josephine A. Pontillo | Combined Check for Claims#5,6 | | | 55,935.13 | 0.00 |
| | | | Dividend paid 33.59% on $116,494.88; Claim# 5; Filed: $116,494.88 | 7100-000 | 39,137.28 | | 0.00 |
| | | | Dividend paid 33.59% | 7100-000 | 16,797.85 | | 0.00 |

Subtotals : $3,059.00   $350,685.28

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 14-35740-ABG  
**Case Name:** GENIE SERVICES, LTD.  
**Taxpayer ID #:** **-***5633  
**Period Ending:** 01/14/16

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $50,000.00; Claim# 6; Filed: $50,000.00 | | | | |
| | | | ACCOUNT TOTALS | | 356,672.50 | 356,672.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 356,672.50 | 356,672.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $356,672.50 | $356,672.50 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3666 | 356,672.50 | 356,672.50 | 0.00 |
| | $356,672.50 | $356,672.50 | $0.00 |

{} Asset reference(s)

Printed: 01/14/2016 01:59 PM    V.13.25